THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA  95354
TEL: (209) 575-3116
FAX: (209) 575-5956

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

           CASE NO. 2:13-CV-00586-LKK-AC

  Farm Credit West, PCA
  Plaintiff (s),

v.


  CASE LANTING, ET AL,
  Defendant(s)


_____/

## <u>ORDER EXTENDING TIME TO<br>ANSWER COMPLAINT</u>

   Based on the stipulation of the parties and GOOD CAUSE APPEARING, Debtors

may have until May 10, 2013 to answer the complaint on file herein.




BY THE COURT,




Dated:  April 25, 2013.

          _____
          LAWRENCE K. KARLTON
          SENIOR JUDGE
          UNITED STATES DISTRICT COURT