IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM CREDIT WEST, PCA,<br><br>           Plaintiff,<br>    v.<br><br>CASE LANTING and JANE LANTING,<br><br>           Defendants. | 1:13-CV-712  AWI SMS<br><br>ORDER VACATING JULY 1, 2013, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Currently pending before this Court is Defendants' motion to dismiss for more definite statement. Hearing on this matter is set for July 1, 2013, at 1:30 p.m. The Court has reviewed the submissions of the parties and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 1, 2013, is VACATED, and the parties shall not appear at that time. As of July 1, 2013, the Court will take this motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 26, 2013

                                          SENIOR  DISTRICT JUDGE