1 | René Lastreto II, #100993
rl2@lrplaw.net
2 | Scott J. Ivy, #197681
sji@lrplaw.net
3 | Michael J. Gomez, #251571
mjg@lrplaw.net
4 | Lang, Richert & Patch
Post Office Box 40012
5 | Fresno, California 93755-0012
(559) 228-6700 Phone / (559) 228-6727 Fax
6 | K:\AWI\To_Be_Signed\13CV712.o. stip and order.wpd:cam

7 | Attorneys for Plaintiff, FARM CREDIT WEST, PCA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| FARM CREDIT WEST, PCA,<br><br>                Plaintiff,<br><br>  v.<br><br>CASE LANTING, an individual; and, JANE LANTING, an individual<br><br>                Defendants. | **Case No.** 1:13-cv-00712-AWI-SMS<br><br>**ORDER ON STIPULATION RESOLVING PLAINTIFF'S MOTION TO DISMISS DEFENDANTS CASE AND JANE LANTING'S COUNTERCLAIM AND FRAUD DEFENSES, OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT AS TO THE FRAUD DEFENSES**<br><br>Date:    September 23, 2013<br>Time:   1:30 p.m.<br>Place:  Courtroom 2<br>          2500 Tulare Street, Eighth Floor<br>          Fresno, CA 93721 |

The Court having read and considered the "*Stipulation Resolving Plaintiff's Motion to Dismiss Defendants Case and Jane Lanting's Counterclaim and Fraud Defenses, or, <u>in the Alternative</u>, Motion For a More Definite Statement as to the Fraud Defenses*" between Plaintiff Farm Credit West, PCA ("**Plaintiff**"), on the one hand, and Defendants Case Lanting and Jane Lanting (the "**Defendants**"), on the other hand (the "**Stipulation**"), hereby

**ORDERS, ADJUDGES, AND DECREES:**

1. The Stipulation is approved.

2. Plaintiff's "*Motion to Dismiss Defendants Case and Jane Lanting's Counterclaim and Fraud Defenses, or, <u>in the Alternative</u>, Motion For a More Definite Statement as to the Fraud Defenses*" (the "**Motion**") set for a hearing on September 23, 2013, is hereby deemed withdrawn without prejudice if Plaintiff has not previously filed a notice of withdrawal of the Motion.

3. The Defendants shall file a Second Amended Answer and Counterclaim by no later than September 30, 2013.

3. Plaintiff will have thirty (30) days to file a response to the Second Amended Answer and Counterclaim from the date of its filing.

4. The deadline to exchange the Initial Disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be forty-five (45) days either (i) from the filing of Plaintiff's Answer to the Second Amended Answer and Counterclaim, or (ii) from the entry of an order of the Court ruling on Plaintiff's motion challenging the sufficiency of the Second Amended Answer and Counterclaim.

5. Plaintiff may seek fees and costs for the Defendants' failure to timely file their Second Amended Answer and Counterclaim by September 30, 2013, pursuant to 28 U.S.C. § 1927 for, *inter alia*, preparing a motion for default judgment.

IT IS SO ORDERED.

Dated:   September 13, 2013   _____
                                           SENIOR DISTRICT JUDGE