René Lastreto II, #100993
rl2@lrplaw.net
Scott J. Ivy, #197681
sji@lrplaw.net
Michael J. Gomez, #251571
mjg@lrplaw.net
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone / (559) 228-6727 Fax
M:\35074\Pleadings\Motion to Dismiss\Order on Stipulation Extending Time to File Responsive Pleading.wpd:cam

Attorneys for Plaintiff, FARM CREDIT WEST, PCA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| FARM CREDIT WEST, PCA,<br><br>             Plaintiff,<br><br>   v.<br><br>CASE LANTING, an individual; and, JANE LANTING, an individual<br><br><br>                    Defendants. | Case No. 1:13-CV-00712-AWI-SMS<br><br>**ORDER ON SECOND STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A RESPONSIVE PLEADING TO DEFENDANTS' SECOND AMENDED ANSWER AND COUNTERCLAIM** |

Having read and considered the "Second Stipulation Extending Plaintiff's Time to File a Responsive Pleading to Defendants Case and Jane Lanting's Second Amended Answer and Second Amended Counterclaim" (the "Stipulation"), between Plaintiff Farm Credit West, PCA ("Plaintiff") and Defendants Case Lanting and Jane Lanting ("Defendants"), the Court hereby ORDERS that

1.  The Stipulation is approved.

2.  On or before January 24, 2014, Plaintiff shall file a responsive pleading to the Defendants' Second Amended Answer and Second Amended Counterclaim.

3.  The deadline to exchange the Initial Disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be forty-five (45) days either (i) from the filing of Plaintiff's Answer to the Second Amended Answer and Second Amended Counterclaim, or (ii)

Order on Stip to Extend Time to File Responsive Pleading     - 1 -

from the entry of an order of the Court ruling on Plaintiff's motion challenging the sufficiency of the Second Amended Answer and Second Amended Counterclaim.

IT IS SO ORDERED.

DATED:  12/18/2013                    /s/ SANDRA M. SNYDER
                                                      UNITED STATES MAGISTRATE JUDGE