René Lastreto II, #100993
rl2@lrplaw.net
Scott J. Ivy, #197681
sji@lrplaw.net
Michael J. Gomez, #251571
mjg@lrplaw.net
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone / (559) 228-6727 Fax
M:\35074\Pleadings\Motion to Dismiss\Order on Stipulation Extending Time to File Responsive Pleading.wpd:cam

Attorneys for Plaintiff, FARM CREDIT WEST, PCA

**FILED**
MAR 06 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| FARM CREDIT WEST, PCA,<br><br>Plaintiff,<br><br>v.<br><br>CASE LANTING, an individual; and, JANE LANTING, an individual<br><br>Defendants. | Case No. 1:13-cv-00712-AWI-SMS<br><br>**ORDER ON FOURTH STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A RESPONSIVE PLEADING TO DEFENDANTS CASE AND JANE LANTING'S SECOND AMENDED ANSWER AND SECOND AMENDED COUNTERCLAIM**<br><br>[No Hearing Required] |

The Court having read and considered the *"Fourth Stipulation Extending Plaintiff's Time to File a Responsive Pleading to Defendants Case and Jane Lanting's Second Amended Answer and Second Amended Counterclaim"* between Plaintiff Farm Credit West, PCA ("Plaintiff"), on the one hand, and Defendants Case Lanting and Jane Lanting (the "Defendants"), on the other hand (the "Stipulation"), hereby

**ORDERS, ADJUDGES, AND DECREES:**          SMS

1. The Stipulation is approved.          *April 18, 2014*

2. Plaintiff shall have through and including ~~March 31~~, 2014, to file a responsive pleading to the Defendants' Second Amended Answer and Second Amended Counterclaim.

///

3. The deadline to exchange the Initial Disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be forty-five (45) days either (i) from the filing of Plaintiff's Answer to the Second Amended Answer and Second Amended Counterclaim, or (ii) from the entry of an order of the Court ruling on Plaintiff's motion challenging the sufficiency of the Second Amended Answer and Second Amended Counterclaim.

Dated:  March 6, 2014            /s/ SANDRA M. SNYDER
                                 UNITED STATES MAGISTRATE JUDGE