**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

FARM CREDIT WEST, PCA,                    1:13-cv-00712-AWI-SMS

            Plaintiff,

       v.                                     **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION**

CASE LANTING, an individual; and
JANE LANTING, an individual,

           Defendants.
_____/

      On April 18, 2014, Plaintiff Farm Credit West filed a motion to dismiss Defendants Case and Jane Lanting's counterclaim. No opposition was filed to this motion. On June 20, 2014, Plaintiff filed a motion for summary judgment. No opposition was filed to this motion. The motions to dismiss and for summary judgment are set for hearing on August 11, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument.  *See* Eastern District Local Rule 230(g).  The hearing date of August 11, 2014 is hereby VACATED and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 5, 2014                      _____
                                             SENIOR  DISTRICT  JUDGE